AO 450 (Rev. 5/85) Judgment in a Civil Case ⊛

# United States District Court

EASTERN DISTRICT OF WISCONSIN

ROBERT TOPP,
        Plaintiff,

and

DEPARTMENT OF HEALTH
AND HUMAN SERVICES and
BLUE CROSS AND BLUE SHIELD
OF MICHIGAN,
        Involuntary Plaintiffs,

v.

ADAM P. KAREWICZ, M.D.
and AURORA MEDICAL GROUP, and
THE MEDICAL PROTECTIVE COMPANY,
        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 04-C-529

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that all claims by the plaintiff, Robert T. Topp, against the defendant, Adam P. Karewicz, M.D., are dismissed on their merits and with prejudice, and further that the defendant recover his statutory costs allowed by law.

Approved:     s/ William C. Griesbach
                    WILLIAM C. GRIESBACH
                    United States District Judge

Dated: July 27, 2005.

                    SOFRON B. NEDILSKY
                    Clerk

                    s/ Cheryl A. Veazie
                    (By) Deputy Clerk